# UNITED STATES DISTRICT COURT
## District of Minnesota

Leonel Luciano Jimenez Arreaga,

Petitioner(s),

v.

David Venturella, Todd Blanche, Markwayne Mullin, David Easterwood, and Warden,

Respondent(s),

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-02296-NEB-LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation (ECF No. 31) is ACCEPTED.
2. Respondents' Objection (ECF No. 32) is OVERRULED.
3. The Amended Petition for Writ of Habeas Corpus (ECF No. 26) is GRANTED IN PART.
4. Respondents are ORDERED to release Petitioner from custody by August 13, 2026. He must be released:
   a. Inside the State of Minnesota;
   b. At a safe time and place communicated in advance to counsel (Isabelle Plunkett; isabelle@hinesimmigration.com; 612-643-9272); and
   c. With all Petitioner's personal effects in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys.
5. Respondents shall file a status update with the Court acknowledging the release of Petitioner with his personal effects.
6. The remainder of Leonel J.A.'s Amended Petition for Writ of Habeas Corpus (ECF No. 26) is DENIED WITHOUT PREJUDICE.

Date: 8/11/2026

KATE M. FOGARTY, CLERK